```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE
```

Lindsey Orr

                          v.

v.  
                                  Civil No. 14-cv-00452-PB

Esker Tatum, Warden, Federal
Correctional Institution, Berlin, New
Hampshire


## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 19, 2015.


       SO ORDERED.

                                   /s/ Paul Barbadoro_____  
                                  Paul Barbadoro  
                                  United States District Judge


Date: December 28, 2015

cc:   Lindsey Orr, pro se  
       Seth Aframe, Assistant US Attorney