```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE
```

<u>Lindsey Orr</u>

    v.                                     Civil No. 1:14-cv-00452-PB

<u>FCI Berlin, Warden</u>


<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 8, 2016.


    SO ORDERED.

                                            /s/ <u>Paul Barbadoro</u>
                                            Paul Barbadoro
                                            United States District Judge

Date: April 19, 2016

cc:   Lindsey Orr, pro se
       Seth R. Aframe, Esq.